IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Steven Adams,                              )
                                           )   C/A No.: 2:05-3106-MBS
            Plaintiff,                     )
                                           )
vs.                                        )
                                           )   **OPINION AND ORDER**
Jo Anne B. Barnhart, Commissioner of       )
Social Security,                           )
                                           )
            Defendant.                     )
_____)

Plaintiff Steven Adams filed an application for supplemental security income payments on July 18, 2002, and an application for disability insurance benefits on July 25, 2002, alleging disability commencing July 1, 2002 because of problems with his back, legs, and knees; tendonitis; obesity; diabetes; and depression. The applications were denied initially and upon reconsideration. Plaintiff requested a hearing before an administrative law judge ("ALJ"). The ALJ held a hearing on November 3, 2004. On August 5, 2005, the ALJ issued a decision that Plaintiff was not entitled to a period of disability or disability insurance benefits under sections 216(i) and 223, respectively, of the Social Security Act, and was not eligible for supplemental security income payments under sections 1602 and 1614(a)(3)(A) of the Act. The decision of the ALJ became the "final decision" of the Commissioner on September 6, 2005, after the Appeals Council determined that there was no basis for granting Plaintiff's request for review. Plaintiff thereafter brought the within action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the "final decision" of the Commissioner.

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Robert S. Carr for a Report and Recommendation. On May 30, 2006, the Magistrate Judge filed a Report and Recommendation in which he determined that the Commissioner's decision denying benefits should be affirmed. No party filed objections to the

Report and Recommendation.

The court is charged with making a *de novo* determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b). In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation. Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and the record in this case, the court adopts the Report and Recommendation and incorporates it herein by reference. Accordingly,

It is ORDERED that the Commissioner's decision be **affirmed**.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
United States District Judge

Columbia, South Carolina

June 19, 2006.